**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-21882-CIV-WILLIAMS**

TITLE CAPITAL MANAGEMENT, LLC,

      Plaintiff,

vs.

PROGRESS RESIDENTIAL, LLC, *et al.*,

      Defendants

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the joint stipulation for dismissal with prejudice by Plaintiff Title Capital LLC and Defendants James E. Albertelli P.A., James E. Albertelli, and Jonathan D. Sawyer.  (DE 206).  Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.  All pending motions are **DENIED AS MOOT**.  All hearings, trial settings, and deadlines are **CANCELED**.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE