UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-21882-CIV-WILLIAMS

TITLE CAPITAL MANAGEMENT, LLC,

    Plaintiff,

vs.

PROGRESS RESIDENTIAL, LLC, *et al.*,

    Defendants
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On April 20, 2018, Magistrate Judge Edwin G. Torres entered an order requiring the Parties to file a join stipulation of dismissal within fourteen days of the order (DE 204). On April 24, 2018, Plaintiff, Title Capital Management LLC, and Defendants Progress Residential, LLC, FREO Florida, LLC and Fundamental REO, LLC filed a joint stipulation for dismissal (DE 205) asking the Court to retain jurisdiction for the purpose of enforcing the settlement agreement. On May 9, 2018, the Court entered an Order requiring the Parties to submit the settlement agreement for review by May 15, 2018 (DE 208). The Court specifically stated that "[i]f the Parties fail to submit the agreement by **May 15, 2018,** the Court will dismiss the claims with prejudice without retaining jurisdiction." To this date, the Parties have not submitted the settlement agreement for review.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 31st day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE